Form 3A
(10/05)

# United States Bankruptcy Court
## _____ District Of _____Illinois_____

In re __Lee Montgomery__,    Case No. __08-15837__
        Debtor                Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $__274__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __68.50__    Check one ☐ With the filing of the petition, or
                           ☐ On or before _____
   $ __68.50__    on or before __July 18 2008__
   $ __68.50__    on or before __Aug 18 2008__
   $ __68.50__    on or before __Sept 18 2008__

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____    Signature of Debtor: _Lee Montgomery_    Date: 06/20/08
Signature of Attorney       Date      (In a joint case, both spouses must sign.)

_____
Name of Attorney                      _____    _____
                                      Signature of Joint Debtor (if any)    Date

## FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUN 2 0 2008

KENNETH S. GARDNER, CLERK
PS REP. - AI

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
## District Of _____Illinois_____

In re _Lee Montgomery_
           Debtor

Case No. _08-15837_

Chapter _13_

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _68.50_   Check one  ☐ With the filing of the petition, or
                       ☐ On or before _____

$ _68.50_   on or before _July 18 2008_

$ _68.50_   on or before _Aug 18 2008_

$ _68.50_   on or before _Sept 18 2008_

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

Date: _JUN 20 2008_

Kenneth S. Gardner, Clerk of the Court